UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-66 (PJS/DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **UNDER SEAL** |
| MOHAMMAD JAWAID AZIZ (1), | MOTION TO UNSEAL |
| Defendant. | |

The United States of America, by and through its attorneys Lisa D. Kirkpatrick, Acting United States Attorney for the District of Minnesota, and Andrew R. Winter, Assistant United States Attorney, hereby moves to unseal this matter with respect to Defendant Mohammad Jawaid Aziz.

Dated: March 21, 2025

Respectfully Submitted,
LISA D. KIRKPATRICK
Acting United States Attorney

*/s/ Andrew R. Winter*
BY: ANDREW R. WINTER
Assistant U.S. Attorney