UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-66 (PJS/DJF)

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | **ORDER GRANTING MOTION TO UNSEAL** |
| MOHAMMAD JAWAID AZIZ (1), | ) ) ) ) |  |
| Defendant. |  |  |

This matter comes before the Court upon motion of the United States of America to unseal the Indictment as to defendant Mohammad Jawaid Aziz in this matter.

IT IS HEREBY ORDERED that:

The motion of the United States to unseal the underlying Indictment as to defendant Mohammad Jawaid Aziz is granted.

Dated: March 21, 2025         *s/Shannon G. Elkins*
                              THE HONORABLE SHANNON G. ELKINS
                              United States Magistrate Judge