UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-CR-066(1) (PJS/DJF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **[Proposed] Order** |
| | ) | |
| v. | ) | |
| | ) | |
| MOHAMMAD JAWAID AZIZ, | ) | |
| a/k/a "Jawaid Aziz Siddiqui", | ) | |
| a/k/a "Jay Siddiqui" | ) | |
| Defendant. | ) | |

## **[PROPOSED] ORDER**

Pursuant to 18 U.S.C. App. III § 9; Classified Information Procedures Act, Pub. L. No. 96- 456, § 9, 94 Stat. 2029 (1980) and paragraph 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the protection of classified information, the Court appoints William S. Noble for the position of Classified Information Security Officer in the above-captioned matter. The Court appoints Jenniffer Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, Harry J. Rucker, and Winfield S. "Scooter" Slade as Alternate Classified Security Officers for this case.

IT IS SO ORDERED.

Date: _____        _____
The Honorable Dulce J. Foster
United States District Judge

1