# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No: 25-cr-66 (PJS/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Mohammad Jawaid Aziz (1), a/k/a "Jawaid Aziz Siddiqui", a/k/a "Jay Siddiqui", | |
| Defendant. | |

This matter is before the Court on the *Government's Notice Of Intent To Invoke The Classified Information Procedures Act ("CIPA") And Motion To Designate Classified Information Security Officer ("CISO")* ("Motion") (ECF No. 31). Defendant does not oppose the Motion. (ECF No. 35).

Having reviewed the Motion, and pursuant to 18 U.S.C. App. III § 9; Classified Information Procedures Act, Pub. L. No. 96-456, § 9, 94 Stat. 2029 (1980) and paragraph 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, the Court appoints William S. Noble for the position of Classified Information Security Officer in the above-captioned matter. The Court also appoints Jenniffer Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, Harry J. Rucker, and Winfield S. "Scooter" Slade as Alternate Classified Information Security Officers for this case.

The Court further directs the Government to file any motion seeking deletion of classified information from discovery pursuant to CIPA section 4 by **July 14, 2025**, aligning with its deadline for disclosures established in the Pretrial Scheduling Order. (*See* ECF No. 28.)

**IT IS SO ORDERED**.

Dated: June 2, 2025

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge