UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-cr-66 PJS/DJF

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

MOHAMMAD JAWAID AZIZ,

        Defendant.

**MOTION FOR EXTENSION OF TIME TO FILE SENTENCING POSITION**

The United States of America, by and through its attorneys, United States Attorney, Daniel N. Rosen for the District of Minnesota, and Bradley M. Endicott, Assistant United States Attorney, respectfully moves the Court for a one-week extension of time to file sentencing position papers. The position papers are currently due on December 23, 2025. The government seeks leave to file the position papers for each party on or before December 30, 2025. The government has conferred with defense counsel, who does not object to the requested extension.

Undersigned counsel has been attending to other court matters and newly assigned priority cases. The undersigned counsel has also been away from the office most of last week and will be away this current week. A brief extension will allow both parties to complete and file a thorough and accurate submission that will assist the Court at sentencing.

The requested extension will not prejudice the defendant. Sentencing is scheduled for January 6, 2026, and there are no legal objections to the Presentence Report. The proposed filing date will still provide sufficient time for the Court and

the parties to review the government's position in advance of the hearing.

For these reasons, the United States respectfully requests that the Court grant this motion and extend the deadline for filing the government's sentencing position paper to December 30, 2025.

Dated: December 23, 2025     Respectfully submitted,

             DANIEL N. ROSEN
             United States Attorney

             *s/Bradley M. Endicott*
        BY: BRADLEY M. ENDICOTT
             Assistant U.S. Attorney