**MMP**

- IP65 INGRESS PROTECTION
- BUILT-IN LIMIT SWITCHES AT EACH END OF TRAVEL
- ACME SCREW (ANTI-BACKDRIVING)
- NON-ROTATING ALUMINUM INNER TUBE

Model Number:

# MMP LA3-24V-10-A-50-P




ALL DIMENSIONS ARE INCHES [MM] UNLESS OTHERWISE STATED

**MMP LA3 WIRE LEADS**
22 AWG; LENGTH IS 35.4 (900)

(2) ACTUATOR POWER
RED (-) AND BLACK (+) WILL EXTEND ACTUATOR

RED (+) AND BLACK (-) WILL RETRACT ACTUATOR

(3) POTENTIOMETER
YELLOW (VCC)
BLUE (WIPER)
WHITE (GND)

| PERFORMANCE PARAMETERS | VALUE | UNITS | TOLERANCE |
|---|---|---|---|
| Rated DC Voltage | 24 | VDC | —— |
| Gear Ratio | 10:1 | —— | —— |
| Rated Force Capacity | 56 (250) | LBS (N) | MAX |
| Rated Current (at rated force capacity) | 1.6 | AMPERES | MAX |
| Rated Stroke Speed (at rated force capacity) | 0.93 (23.6) | IN/SEC (MM/SEC) | ± 10% |
| Stroke Speed at No-Load | 1.09 (27.7) | IN/SEC (MM/SEC) | ± 10% |
| Static Load Capacity | 562 (2500) | LBS (N) | MAX |
| Maximum Recommended Duty | 25% | —— | MAX |
| Minimum Ambient Operating Temperature Range | -13 (-25) | °F (C) | MIN |
| Maximum Ambient Operating Temperature Range | 149 (65) | °F (C) | MAX |
| Actuator Resistance Stroke Range (BLU-WHT) | 9.3 | kΩ | ± 1 |
| Actuator Full Resistance (YLW - WHT) | 10 | kΩ | ± 0.5 |

**PERFORMANCE CURVES:**



- OPTIONAL MOUNTING BRACKET OPTION AVAILABLE – FOLLOW THIS LINK FOR DETAILS

## MIDWEST MOTION PRODUCTS, INC

### DESIGN, MANUFACTURING & DISTRIBUTION - MOTION CONTROL EQUIPMENT
www.midwestmotion.com    email: sales@midwestmotion.com